UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 3 HEALTH AND WELFARE TRUST AND ITS BOARD OF TRUSTEES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PROCOUNTERTOP USA, LLC,<br><br>Defendant. | Case No. 19-cv-08215-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 11, 2021**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 18, 2021**, **at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: March 5, 2021

Richard Seeborg
Chief United States District Judge