Lois H. Chang, State Bar No. 278146
NEYHART, ANDERSON, FLYNN & GROSBOLL APC
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
       Lchang@neyhartlaw.com

**Attorneys for Plaintiffs**

Roger M. Mason, State Bar No. 107486
SWEENEY MASON LLP
983 University Avenue, Suite 104C
Los Gatos, CA 95032
Tel.    (408) 356-3000
Fax    (408) 354-8839
E-mail:rmason@smwb.com

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 3 HEALTH AND WELFARE TRUST FUND and its Board of Trustees; and<br><br>BRICKLAYERS LOCAL NO. 7 DEFINED BENEFIT PENSION TRUST and its Board of Trustees;<br><br>BRICKLAYERS LOCAL NO. 7 DEFINED CONTRIBUTION PENSION TRUST and its Board of Trustees;<br><br>    Plaintiffs,<br> v.<br><br>PROCOUNTERTOP USA, LLC, a California Limited Liability Company;<br><br>    Defendant. | Case No.  19-cv-08215 RS<br><br>**STIPULATION TO DISMISS CONTINGENT ON PAYMENT & CONTINGENT ORDER OF DISMISSAL**<br><br>Courtroom: Courtroom 3, 17th Floor<br>Location: 13450 Golden Gate Avenue<br>    San Francisco, CA 94102<br>Judge: Hon.  Richard Seeborg |

## STIPULATION TO DISMISS CONTINGENT ON PAYMENT ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys:

1. The parties have reached agreement to settle this case under the terms and conditions specified in the Settlement Agreement, attached hereto as **Exhibit A**.

2. The settlement involves payment of consideration in installment payments over a twelve (12) month period.

3. If the settlement payments are not made in a timely fashion or if the Settlement Agreement is otherwise breached, the parties agree that Plaintiffs may reopen the matter at any time if Plaintiffs certify to the Court that the consideration has not been paid or other terms and conditions of the Settlement Agreement have not been complied with.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: March 10, 2021        NEYHART, ANDERSON, FLYNN & GROSBOLL APC

By:  ___/s/ Lois H. Chang_____
Lois H. Chang
Attorneys for Plaintiffs

Dated: March 10, 2021        SWEENEY MASON LLP

By:_____/s/Roger Mason___
Roger Mason, Esq.
Attorneys for Defendant

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL

-2-
Stipulation for Contingent Order of Dismissal & [Proposed] Contingent Order of Dismissal
Case No. 19-cv-08215-RS

**[Proposed] ORDER OF DISMISSAL CONTINGENT ON PAYMENT**

**[PROPOSED] ORDER:**

The parties hereto have agreed to a settlement of this action. IT IS HEREBY ORDERED that this action and all claims asserted herein by Plaintiffs against Defendant, is dismissed without prejudice, each party to bear any costs and attorneys' fees other than the amounts already paid pursuant to the Settlement Agreement. However, if Plaintiffs hereto shall certify to this Court, with proof of service of copy thereon on the Defendant or its counsel that the agreed consideration for the settlement has not been paid, the foregoing Order shall vacated by this Court and this action shall forthwith be restored to the calendar.

**IT IS SO ORDERED.**

**Dated:** March 10, 2021

_____
**U.S. DISTRICT COURT JUDGE**

Case No. 19-cv-08215-RS

# EXHIBIT A-

# SETTLEMENT AGREEMENT

This Settlement Agreement is entered into by the Plaintiffs BRICKLAYERS AND ALLIED CRAFTWORKS LOCAL NO. 3 HEALTH AND WELFARE TRUST, BRICKLAYERS LOCAL NO. 7 DEFINED BENEFIT PENSION TRUST, BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 7 DEFINED CONTRIBUTION PENSION TRUST, and its Board of Trustees of the aforementioned Trust Funds (hereinafter collectively referred to as "TRUST FUNDS") and by Defendant PROCOUNTERTOP USA, LLC, a Limited Liability Company (hereinafter referred to as "PROCOUNTERTOP"). There is currently a Civil Action No. 19-CV-08215-RS pending in the United States District Court for the Northern District of California.

The parties wish to finally and fully, discharge, and settle claims currently pending in the United States District Court for the Northern District of California as Civil Case No. 19-CV-08215-RS without litigation and hereby agrees to the following terms and conditions:

1. **PARTIES.** PROCOUNTERTOP and the TRUST FUNDS (hereinafter collectively referred to as the "parties") agree to the following settlement terms involving underpaid employer contributions found owing pursuant to an audit conducted for the period of November 1, 2016 through March 31, 2020 of PROCOUNTERTOP'S records, including liquidated damages, and interest.

2. **AMOUNT DUE & DISMISSAL OF LAWSUIT.** The parties agree that PROCOUNTERTOP owes the TRUST FUNDS at least $37,991.48 which includes, $27,740.12 in outstanding underpaid contributions, liquidated damages of $2,774.02, and interest through September 30, 2020 of $7,477.34 found owing pursuant to an audit conducted for the period of November 1, 2016 through March 31, 2020. The TRUST FUNDS agree to accept payment of **$32,865.80** outlined below and contingent upon PROCOUNTERTOP remaining current on (any) regular monthly contributions, as outlined below in ¶3, in exchange for settlement of the dispute between the parties as well as for a release of claims and dismissal of the outstanding Federal lawsuit filed against PROCOUNTERTOP by the TRUST FUNDS (Case No. 19-CV-08215-RS).

3. **TERMS OF REPAYMENT.** The TRUST FUNDS agree to accept installment payments to satisfy the outstanding amount owing in accordance with the payment schedule and conditions described in further detail below. Thus, the total owed under this Settlement Agreement is **$32,865.80**.

   (i) **Installment Payment Plan.** PROCOUNTERTOP agrees to pay the following amounts by check or electronic remittance, outlined below until the balance has been paid in full.

   (a) **Initial Payment.** The first payment of $2,738.81 is to be received no later than March 25, 2021; and

   (b) **Subsequent Payments.** Subsequent, monthly payments of $2,738.81 is to be received no later than 25th of each month for a period of 11 months until the full balance owing is paid off;

   (ii) **Failure to Make Timely Payments.** Failure to timely make installment payments shall mean that the original total amount owing $37,991.48 is due and payable upon PROCOUNTERTOP'S failure to cure the breach within 5 business days after written notice from the TRUST FUNDS or TRUST FUNDS' Counsel to PROCOUNTERTOP and its Legal Counsel. Payments shall be made payable to the "B.A.C. Local 3 Trust Funds" and sent to the following address:

Case No. 19-cv-08215-RS

>B.A.C. Local 3 Trust Funds
>ATTN: Desiree Eaton
>7180 Koll Center Parkway, Suite #200
>Pleasanton, California 94566

4. **COMPLIANCE WITH THIS AGREEMENT.** If PROCOUNTERTOP violates any provision of this Settlement Agreement or does not make timely payment in accordance with the terms and conditions of ¶ 3, subparagraphs (i) and (ii) of this Agreement, no waiver of any monies due will be granted and the full amount owing will be reinstated ($37,991.48), including any other unpaid contributions, liquidated damages, interest, attorneys' fees and costs owed but not yet assessed, will become due, and the TRUST FUNDS may proceed with legal action against PROCOUNTERTOP to recover those amounts.

5. **NO PENALTY FOR EARLY PAYMENT.** There is no penalty for early payments. PROCOUNTERTOP is encouraged to pay the full amount as soon as possible.

6. **WAIVER OF STATUTE OF LIMITATIONS.** PROCOUNTERTOP waives any applicable statute of limitation period for any amounts owed to the TRUST FUNDS pursuant to the November 1, 2016 through March 31, 2020 audit pending the full payment of any amounts remaining due under this Settlement Agreement.

7. **OTHER PERIODS.** This Settlement Agreement does not cover prior periods or delinquencies other than those specifically referenced herein. Moreover, if as a result of any additional payroll audits or by other means the TRUST FUNDS learn that PROCOUNTERTOP owes additional amounts, this Settlement Agreement does not prevent recovery of such additional amounts. If the parties cannot resolve the dispute without litigation, the TRUST FUNDS expressly reserve the right re-open the lawsuit or to file a new lawsuit, if it is discovered subsequently to the execution of this Agreement that PROCOUNTERTOP owes other amounts.

8. **ENFORCE AGREEMENT.** PROCOUNTERTOP agrees that if it fails to comply with this Agreement, the TRUST FUNDS may re-open the lawsuit (Case No. 19-cv-08215-RS) against PROCOUNTERTOP for the amounts owing, including any additional principal, liquidated damages, interest and attorneys' fees incurred. In addition, the parties agree that in the event any party commences proceedings to enforce any of the provisions of this Agreement, the prevailing party shall be entitled to receive all costs and expenses, including reasonable attorneys' fees, of such proceedings as determined by the Court having jurisdiction of such proceeding.

9. **BINDING ON SUCCESSORS AND OTHERS.** This Agreement shall be binding upon the parties hereto and upon their heirs, administrators, representatives, executors, successors, and assigns, and shall inure to the benefit of said parties, and each of them, and to their heirs, administrators, representatives, executors, successors and assigns.

Case No. 19-cv-08215-RS

~~11.~~10. **GOVERNING LAW.** The terms and conditions of this Agreement shall be interpreted and construed in accordance with the laws of the State of California and to the extent applicable by the Employee Retirement Income Security Act, as amended ("ERISA"). If any term or condition of this Agreement is determined to be invalid, the remainder of the provisions shall remain in full force and effect.

~~12.~~11. **AGREEMENT JOINTLY DRAFTED.** This Agreement and each of its provisions have been jointly drafted by the parties; neither party shall be deemed to have been the drafting party.

~~13.~~12. **AGREEMENT FREELY ENTERED INTO.** The Parties represent and agree that this Agreement, and the releases contained in this Agreement, have been given voluntarily and free from duress or undue influence on the part of any person released by this Agreement, or by any third party.

~~14.~~13. **COUNTERPARTS.** This Agreement may be executed in counterparts. A facsimile or PDF copy shall be treated with the same force as an original.

~~15.~~14. **NOTICE OF CONTINGENT DISMISSAL UPON PAYMENT.** The Plaintiff TRUST FUNDS and Defendant PROCOUNTERTOP agree to file a Stipulation for Contingent Dismissal in Civil Case No. 19-cv-08215-RS upon receipt and clearance of the first payment referenced in ¶ 3 of this Agreement.

**IN WITNESS WHEREOF,** the parties hereto have caused the Settlement to be executed.

Dated: MARCH 9, 2021

B.A.C. LOCAL NO. 3 HEALTH AND WELFARE TRUST FUND, et al.
By: _____
**Employer Trustee of Plaintiff Trust Funds**

Dated: MARCH 9, 2021

B.A.C. LOCAL NO. 3 HEALTH AND WELFARE TRUST FUND, et al.
By: _____
**Labor Trustee of Plaintiff Trust Funds**

PROCOUNTERTOP USA, LLC

Dated: 03/10/2021

By: *Alex Peraza*
**Alex Peraza, Owner/Authorized Representative**

Page 3 of 3